# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RONALD WAYNE PHILLIPS,**

    **Plaintiff,**

v.                                                                                  Case No. 3:16cv120-RV-CJK

**JANSSEN PHARMACEUTICALS, INC.,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 1, 2016 (doc. 16). The plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2. This action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of October, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:16cv120-RV-CJK